UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:13mj331 |
| vs | *UNDER SEAL* |
| VINICIO JOSEPH GONZALEZ, a/k/a "Vinnie Gonzalez" | ORDER SEALING COMPLAINT, AFFIDAVIT AND ARREST WARRANT |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Affidavit in Support of the Complaint, Arrest Warrant, the Government's Motion to Seal, and this Order shall be sealed to protect the secrecy of an on-going criminal investigation in this matter until further Order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Arrest Warrant, the Government's Motion to Seal, and this Order shall be sealed until further order of this Court, except that copies of the Arrest Warrant may be furnished to the United States Marshal's Service.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office and the United States Postal Inspection Service.

**DONE AND ORDERED** this the 27th day of November, 2013, at Charlotte, NC.

_____
HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE